# Third District Court of Appeal

## State of Florida

Opinion filed April 17, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0243
Lower Tribunal No. F04-33925C

_____


**Love Wendy Muselaire,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Love Wendy Muselaire, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, C.J., and EMAS and LINDSEY, JJ.

PER CURIAM.

Affirmed.